IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01542-BNB

ANTHONY RAY MARTINEZ,

     Plaintiff,

v.

AMY COSNER, Law Library Clerk, LCF,
LT. A. EVANS, Housing Supervisor, LCF,
BILL RITTER JR., Govoner [sic] State of Colorado,
JULIE DAVID, C.P.O., Parole Officer Colorado,
DEBRA ALLEN, Parole Board Chairman,
ARISTEDES ZAVARAS, Executive Director, C.D.O.C.,
STEVE HARTLEY, Warden, L.C.F.,
LT. R. HOWARD, Hearings Chairman, LCF,
LT. M. CARTER, Hearings Chairman, LCF,
LT. W. JACKSON, Security Supervisor, LCF,
CAPT. D. GABRIL, Housing Supervisor, LCF,
LT. MILBURN, Recreation Supervisor, LCF, and
MARY CARLSON, Supervisor Time/Relise [sic], All in Their Official and Individual
     Capacitys [sic]),

     Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT - 9 2007

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

On August 16, 2007, Plaintiff was denied leave to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915 in this action because he is subject to the filing

restrictions in § 1915(g).  Plaintiff, also, was instructed to pay the entire $350.00 filing

fee within thirty days if he wished to pursue his claims in this action.  Plaintiff was

warned that if he failed to pay the filing fee within thirty days the Complaint and the action would be dismissed.

As opposed to paying the fee, Plaintiff filed an Amended Complaint and a second Prisoner's Motion and Affidavit to Leave to Proceed Pursuant to 28 U.S.C. § 1915. In the Motion and Affidavit, Mr. Martinez claims that he is in imminent danger of serious physical injury. In the Amended Complaint, Plaintiff sets forth six claims, including (1) that he was subjected to verbal abuse and threats by Defendant Amy Cosner, (2) that Defendants Cosner and Lt. A. Evans conspired to file disciplinary charges against him, (3) that he was denied due process in his parole hearing and now is unlawfully imprisoned, (4) that he was subjected to cruel and unusual punishment when he was restrained after he attempted suicide on July 11, 2007, and was denied his Albuterol inhaler, (5) that he now suffers from depression and suicidal thoughts, and (6) that he was punched in the face by another inmate, who is a gang member, because Defendant Lt. Milburn told the recreation staff that Plaintiff is a snitch.

The Court finds that only two of Plaintiff's claims may assert an imminent danger of serious physical injury. Plaintiff's claim that he is depressed and has suicidal thoughts and that he was hit in the face by a gang member. The Court further finds, however, that Mr. Martinez also asserts he has been placed in segregation. Plaintiff does not assert that he is housed with gang members in segregation. The only claim, therefore, that may indicate a possibility of imminent danger is Plaintiff's claim that he is depressed and has suicidal thoughts.

Mr. Martinez, however, does not request any relief addressing his suicidal thoughts. Plaintiff also fails to name a party to the action who is responsible for failing

to assist him with his depression and suicidal thoughts.  To the contrary, he asserts that he was placed on a "mental health hold" for at least three days after the suicide attempt, and subsequently he was placed in a behavioral modification program.

Furthermore, Mr. Martinez failed to inform the Court of the July 11, 2007, suicide attempt when he submitted a Response to the Court on August 6, 2007, to show cause why he should not be denied leave to proceed pursuant 28 U.S.C. § 1915(g).  Instead, Mr. Martinez waited until after the Court denied him leave to proceed under § 1915 to file an Amended Complaint in which he asserts his claims of depression and suicidal thoughts.  The Court, therefore, finds that because Mr. Martinez waited almost a month before presenting his claims of depression and suicidal thoughts, and because he fails to seek injunctive relief regarding his alleged depression, he fails to assert imminent danger of serious physical injury.  Accordingly, it is

ORDERED that the Complaint and action are dismissed for failure to pay the $350.00 filing fee in full.

DATED at Denver, Colorado, this _9_ day of _____Oct._____, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO


**CERTIFICATE OF MAILING**


Civil Action No. 07-cv-01542-BNB

Anthony Ray Martinez
Reg. No. 114709
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

     I hereby certify that I have mailed a copy of the **ORDER and JUDGMENT** to the above-named individuals on 10/9/07

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk