IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-01542-BNB

ANTHONY RAY MARTINEZ,

    Plaintiff,

v.

AMY COSNER, Law Library Clerk, LCF,
LT. A. EVANS, Housing Supervisor, LCF,
BILL RITTER JR., Govoner [sic] State of Colorado,
JULIE DAVID, C.P.O., Parole Officer Colorado,
DEBRA ALLEN, Parole Board Chairman,
ARISTEDES ZAVARAS, Executive Director, C.D.O.C.,
STEVE HARTLEY, Warden, L.C.F.,
LT. R. HOWARD, Hearings Chairman, LCF,
LT. M. CARTER, Hearings Chairman, LCF,
LT. W. JACKSON, Security Supervisor, LCF,
CAPT. D. GABRIL, Housing Supervisor, LCF,
LT. MILBURN, Recreation Supervisor, LCF, and
MARY CARLSON, Supervisor Time/Relise [sic], All in Their Official and Individual Capacitys [sic]),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 2 2 2009

GREGORY C. LANGHAM
                   CLERK

## ORDER DENYING MOTION FOR RECONSIDERATION

Plaintiff Anthony Ray Martinez who currently is detained at the Denver County Jail in Denver, Colorado, filed a *pro se* pleading titled "Request for the [sic] Reason for Dismissel [sic] of this Action," on June 9, 2009. The Court must construe the Request liberally because Mr. Martinez is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). For the reasons stated below, the Request will be construed as a Motion to Reconsider and will be denied.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." **Van Skiver v. United States**, 952 F.2d 1241, 1243 (10th Cir. 1991). A motion for reconsideration filed more than ten days after the final judgment in an action should be considered pursuant to Rule 60(b). **See id.** at 1243. Mr. Martinez's Request, which was filed more than ten days after the Judgment was entered, will be construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b). Relief under Rule 60(b) is appropriate only in extraordinary circumstances. **See Massengale v. Oklahoma Bd. of Examiners in Optometry**, 30 F.3d 1325, 1330 (10th Cir. 1994).

The Court dismissed this action without prejudice after Mr. Martinez failed to pay the $350.00 filing fee as required under 28 U.S.C. § 1915(g). Mr. Martinez states in the Motion to Reconsider that the Court abused its authority in dismissing the instant action because the dismissal by the Tenth Circuit of an appeal in one of his other cases was incorrectly counted as a strike under § 1915(g).

Pursuant to 28 U.S.C. § 1915(g), and as stated in the Court's order entered on August 16, 2007, in the instant action denying Mr. Martinez leave to proceed pursuant *in forma pauperis*, Mr. Martinez is not allowed to bring a civil action if on three or more occasions he has brought an action or an appeal in a federal court that was dismissed as frivolous, malicious, or for failure to state a claim. The Tenth Circuit has found, under circumstances similar to those presented here, that if an appeal is dismissed as frivolous, and the district court dismisses the case under 28 U.S.C. § 1915(e)(2)(B),

both dismissals count as strikes. *See Jennings v. Natrona County Detention Center Medical Facility*, 175 F.3d 775, 780 (10th Cir. 1999).

Therefore, the Court finds that Mr. Martinez fails to demonstrate the existence of any extraordinary circumstances that would justify a decision to reconsider and vacate the order dismissing this action. Accordingly, it is

ORDERED that the Request (Doc. # 13), filed June 9, 2009, is construed as a Motion to Reconsider filed pursuant to Fed. R. Civ. P. 60(b) and is denied.

DATED at Denver, Colorado, this 22 day of June, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-01542-BNB

Anthony Ray Martinez
Prisoner No. 1634705
Denver County Jail
P.O. Box 1108
Denver, CO 80201

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 6/22/09

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk